In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-162 CV


____________________



IN RE KIRBY INLAND MARINE, L.P.






Original Proceeding






MEMORANDUM OPINION (1)


 On April 4, 2003, Kirby Inland Marine, L.P., filed its petition for writ of
mandamus. The parties subsequently resolved the dispute. On August 20, 2003, the
relator filed a motion to dismiss the petition.

 Accordingly, this original proceeding is dismissed without reference to the merits.

 WRIT DISMISSED. PER CURIAM

Opinion Delivered August 28, 2003

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.